**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| David W. Kaiser | : Case No.: 10-53271 |
| | : Chapter 13 |
| Debtor. | : Judge Tracey N. Wise |
| | : * * * * * * * * * * * * * * * * * * * * * |
| | : |

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY (DOCKET NUMBER 67) AS TO REAL PROPERTY LOCATED AT 110 STABLE WAY, NICHOLASVILLE, KY 40356**

This matter having come before the Court on the Motion for Relief from Stay and Co-Debtor Stay which was filed in this court by Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-12 ("Movant"), by and through its mortgage servicing agent Rushmore Loan Management Services, LLC, as Docket Number 67, and the opposition of David W. Kaiser ("Debtor") thereto; and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant; and the Court, being otherwise fully advised in the premises, hereby issues the following Order with respect thereto:

1. The Chapter 13 Plan filed herein on behalf of the Debtor provided that said Debtor was to make regular monthly mortgage payments to Movant outside of the Plan in a regular monthly fashion.

2. In breach of the terms of said Plan, the Debtor failed to make certain of the regular monthly mortgage payments to Movant; said payments are currently in default for the

14-016571_JMR

       months of May 2014 and subsequent months, incurring a total post-petition arrearage of $35,435.98 through October 2014 which consists of 6 post-petition payments at $5,768.33 each, and attorney fees and costs of $826.00. There is $1,213.85 in suspense, which reduces the total post-petition arrearage to $34,222.13.

3.     In order to partially eliminate said post-petition delinquency, the Debtor hereby agrees to pay a lump sum payment in the amount of $5,768.33 within 10 days of entry of this Agreed Order reducing the post-petition arrearage to $28,453.80.

4.     In order to eliminate said post-petition delinquency, the Debtor hereby agrees to pay to Movant, and Movant hereby agrees to accept, the following lump sum payments:

    a.     $2,845.38 on or before December 15, 2014;

    b.     $2,845.38 on or before January 15, 2015;

    c.     $2,845.38 on or before February 15, 2015;

    d.     $2,845.38 on or before March 15, 2015;

    e.     $2,845.38 on or before April 15, 2015;

    f.     $2,845.38 on or before May 15, 2015;

    g.     $2,845.38 on or before June 15, 2015;

    h.     $2,845.38 on or before July 15, 2015;

    i.     $2,845.38 on or before August 15, 2015;

    j.     $2,845.38 on or before September 15, 2015.

The lump sum payments due above are in addition to the regular monthly mortgage payment due and owing for said months.

5.     The Debtor hereby agrees to resume regular monthly mortgage payments outside the Plan directly to Movant for the November 2014 regular monthly mortgage payment which will

    be paid on or before November 28, 2014 and to make all further monthly payments in a timely fashion.

6. This Agreed Order remains in full force and effect in the event Debtor's case is dismissed by the Court and Debtor subsequently reinstates his case by order of the Court and/or the Movant obtains relief from stay and the stay is subsequently reinstated by order of the Court.

7. The following are events of default under this Agreed Order: (a) Debtor fails to make any of the lump sum payments hereinabove described on or before their specified due dates; (b) Debtor fails to pay any future monthly mortgage payment so that the payment is not received by Movant on or before the last day in the month in which it is due; (hereinafter, any of the events described above shall be referred to as a "Default").

8. In the event of a Default, Movant shall send a letter with a ten (10) day opportunity for Debtor to respond, notifying the Debtor is in default under the terms of the Agreed Order. If no response is filed to said letter, Movant shall file a Certificate of Non-Compliance, and upon filing of a Certificate of Non-Compliance the stay shall be terminated without further hearing.

    Debtor's opportunity to cure the default shall be limited to three occurrences. Upon the occurrence of the fourth Default, the stay imposed by Section 362(a) of the Bankruptcy Code and co-debtor stay imposed by Section 1301 of the Bankruptcy Code, where appropriate with respect to Creditor, its successors and assigns shall be terminated without further notice by the filing of a Certificate of Non-Compliance.

9. The Trustee shall continue/resume the payments under the original Chapter 13 Plan of the unpaid portion, if any, of the arrearage amount listed in the Movant's Proof of Claim.

10.       Counsel for Debtor is not representing Co-Debtor Linice Kaiser and did not object to the request for relief from Co-Debtor stay. No one appeared or otherwise responded on behalf of the Co-Debtor. Thus, the Court grants by default, relief from the Co-Debtor stay imposed by § 1301 of the Bankruptcy Code, with respect to Creditor, its successors and assigns.

**IT IS SO ORDERED.**

Submitted by:

/s/ Amy E. Gardner  
Amy E. Gardner (93532)  
P.O. Box 165028  
Columbus, OH  43216-5028  
Telephone:  614-220-5611  
Fax:  614-627-8181  
Email:  aeg@manleydeas.com  
Attorney for Creditor

/s/ John M. Simms  
John M. Simms  
1608 Harrodsburg Road  
Lexington, KY  40504  
Telephone:  859-225-1745  
Fax:  859-254-2012  
Email:  jms@ask-law.com  
Attorney for Debtor

/s/ Beverly M Burden  
Beverly M. Burden  
Chapter 13 Trustee  
P.O. Box 2204  
Lexington, KY  40588  
Email:  Notices@Ch13EDKY.com

     Pursuant to Local Rule 9022-1 (b), Amy E. Gardner shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1 (a) and shall file with the Court a certificate of service of the order upon such parties within seven (7) days hereof.

Copies to:

Amy E. Gardner
Attorney for Creditor
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
(notified by ecf)

Office of U.S. Trustee
Eastern District of Kentucky
Party of Interest
100 East Vine Street, 8th Floor
Lexington, KY  40507
(notified by ecf)

Beverly M. Burden
Chapter 13 Trustee
P.O. Box 2204
Lexington, KY  40588
(notified by ecf)

John M. Simms
Attorney for Debtor and/or Co-Debtor
1608 Harrodsburg Road
Lexington, KY  40504
(notified by ecf)

David W. Kaiser
Linice  Kaiser
Debtor and/or Co-Debtor
110 Stable Way
Nicholasville, KY  40356
(notified by regular US Mail)

Citimortgage
Party of Interest
P.O. Box 9438
Gaithersburg, MD  20898-9438
(notified by regular US Mail)

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Monday, November 10, 2014**
**(tnw)**